# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LOUISIANA CHEMICAL
ASSOCIATION

NO.   2020 CW 1053

VERSUS

LOUISIANA PILOTAGE FEE
COMMISSION

**DECEMBER 2, 2020**

---

In Re:   Louisiana   Chemical   Association,   applying   for
supervisory   writs,   19th   Judicial   District   Court,
Parish of East Baton Rouge, No. 692399.

---

**BEFORE:   McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**STAY DENIED; WRIT DENIED.**

**JMM**
**GH**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT